180 So. 899

### Jerry JACKSON v. STATE.
### 2 Div. 642.

Court of Appeals of Alabama.
March 29, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

178 So. 924

### Wiley JACO v. STATE.
### 8 Div. 569.

Court of Appeals of Alabama.
Feb. 1, 1938.

RICE, Judge.
Appeal dismissed.

184 So. 917

### Edlow JACOBS v. STATE.
### 4 Div. 480.

Court of Appeals of Alabama.
Nov. 15, 1938.

RICE, Judge.
Affirmed.

177 So. 922

### C. J. JENKINS v. STATE.
### 6 Div. 217.

Court of Appeals of Alabama.
Dec. 7, 1937.

SAMFORD, Judge.
Affirmed.

184 So. 917

### Earl JERKINS v. STATE.
### 4 Div. 415.

Court of Appeals of Alabama.
Nov. 22, 1938.

J. N. Mullins, of Dothan, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

176 So. 922

### Charlie JOCKISCH v. STATE.
### 2 Div. 619.

Court of Appeals of Alabama.
Nov. 2, 1937.

SAMFORD, Judge.
Affirmed.